IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

HOLLY G. DICOCCO,

        Plaintiff,

v.                                                                  CIVIL ACTION NO. 2:24-cv-00085

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,

        Defendants.

## DISMISSAL ORDER

On June 3, 2024, Plaintiff, Holly G. DiCocco, and Defendants, Allstate Property and Casualty Insurance Company and Deidra Browder, filed an Agreed Dismissal Order. (ECF No. 13.)  The parties agree to dismiss this action, with each to bear its own costs. Accordingly, the Court **ORDERS** this case to be **DISMISSED WITH PREJUDICE**.  The Court further **DIRECTS** the Clerk to remove this case from this Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     June 4, 2024

_____
THOMAS E. JOHNSTON, CHIEF JUDGE